

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-22-2015

# G L v. Ligonier Valley School Dist

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"G L v. Ligonier Valley School Dist" (2015). *2015 Decisions.* Paper 1005.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/1005

This September is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1387
_____

G.L.; MR. G.L. and MRS. E.L., in their own right

v.

LIGONIER VALLEY SCHOOL
DISTRICT AUTHORITY,
Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-13-cv-00034)
District Judge: Honorable Mark R. Hornak
_____

Before: McKEE, *Chief Judge*, GREENAWAY, JR.,
and KRAUSE, *Circuit Judges*

ORDER AMENDING OPINION

It has come to the attention of the Court that the first name of counsel for Amici Appellees Jennifer N. Rosen Valverde was misspelled. At the direction of the Court, the opinion filed on September 22, 2015, is hereby amended to reflect the correct spelling of counsel's name as follows:

Jennifer N. Rosen Valverde, Esq. [Argued]
Rutgers University School of Law
Special Education Clinic
123 Washington Street
Newark, NJ 07102

As this amendment is clerical in nature, it does not alter the filing date of the opinion.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: September 22, 2015
CJC/cc:      Charles W. Jelley, Esq.
             Margaret A. Tremba, Esq.
             Christina Lane, Esq.
             Mark L. Gross, Esq.
             Holly A. Thomas, Esq.
             Jennifer N. Rosen Valverde, Esq.